AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MARKARA MAN<br><br>*Defendant(s)* | )<br>)<br)<br>) Case No. 1:18-MJ-289<br>)<br>)<br>) |

JUN 20 2018

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/20/2017__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Intimidating, Interfering with, or Retaliating Against a Federal Official by Threatening to Murder a Family Member. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Alexander Berrang

*Complainant's signature*
John Bamford, Detective/TFO/FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date: __06/20/2018__

City and state: __Alexandria, VA__

Hon. John F. Anderson, United States Magistrate Judge
*Printed name and title*