IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-CR-308 |
| | ) | |
| MARKARA MAN, | ) | The Honorable TSE |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

**COUNT 1**
**(Intimidating, Interfering with, or Retaliating**
**Against a Federal Official by Threatening a Family Member)**

THE U.S. ATTORNEY CHARGES THAT:

On or about December 20, 2017, within the Eastern District of Virginia and elsewhere, the defendant, MARKARA MAN, did knowingly, intentionally, and unlawfully threaten to murder a member of the immediate family of a U.S. official whose killing would be a crime under Section 1114 of Title 18 with the intent to intimidate and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties.

(In violation of Title 18, U.S. Code, Sections 115(a)(1)(A) and 1114.)

## FORFEITURE NOTICE

The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, as described herein.

Pursuant to Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. 981(c), and 28 U.S.C. § 2461(c), the defendant is hereby notified that, upon a conviction for violating 18 U.S.C. § 115(a)(1)(A), the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of § 115(a)(1)(A).

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1)-(2) and 28 U.S.C. § 2461(c), the United States also may seek an order that forfeits substitute property if, by any act or omission of the defendant, the property directly derived from or involved in the charged violation cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, U.S. Code, Sections 981(c) and 982(b)(1)–(2); Title 21, U.S. Code, Section 853(p); Title 28, U.S. Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

G. Zachary Terwilliger
United States Attorney

By: *[signature]* on behalf of Alexander Berrang
Alexander P. Berrang
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: Alexander.P.Berrang@usdoj.gov