**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARKARA MAN,<br><br>*Defendant*. | Criminal No. 1:18-CR-308<br><br>The Honorable T.S. Ellis, III |

**SECOND CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

      The United States of America, by and through its attorneys, G. Zachary Terwilliger, U.S. Attorney for the Eastern District of Virginia, and Alexander P. Berrang, Assistant U.S. Attorney, with the express consent of Defendant Markara Man, and the Defendant's counsel, respectfully move the Court to extend the time to indict this case through and including September 7, 2018. In support thereof, the parties state as follows:

      1.    On June 29, 2018, the Defendant was arrested in Norwalk, California, pursuant to an arrest warrant and criminal complaint for intimidating, interfering with, or retaliating against a U.S. official by threatening to murder a family member of the official, in violation of 18 U.S.C. § 115(a)(1)(A). The Defendant made his initial appearance in the Central District of California the same day, and Erin M. Murphy, Esq., of the Federal Public Defender in Los Angeles, California, was appointed to represent him. The Honorable Charles F. Eick informed the Defendant of the charge against him and his rights, and ordered the Defendant be detained pending a mental health evaluation and the posting of a $150,000 bond. Magistrate Judge Eick also imposed several conditions that the Defendant would have to follow upon his release.

According to the U.S. Attorney's Office for the Central District of California and defense counsel, the Defendant was released on bond on or about July 27, 2018.

2. Following his initial appearance, the Defendant retained Edward M. Robinson, Esq., and Mr. Robinson was substituted as counsel on July 10, 2018. Mr. Robinson also has been granted leave to appear *pro hac vice* in the Eastern District of Virginia for purposes of the above-captioned case.

3. On July 17, 2018, the government submitted a consent motion to the Honorable Leonie M. Brinkema, requesting a 30-day extension of the time to indict this case. The grounds for the extension were the government's production of a large amount of discovery, the Defendant's presence in California, and the parties' interest in resolving this case before indictment. The Court granted the consent motion, and extended the indictment deadline through and including August 28, 2018.

4. The government thereafter made discovery productions to the Defendant, and, on August 7, 2018, extended a plea offer to the Defendant. A week later, on August 14, 2018, defense counsel informed the government that the Defendant had accepted the plea and electronically transmitted to the government a signed copy of the plea agreement and statement of facts.

5. The next day, on August 15, 2018, the government obtained a district court criminal case number and was advised by the Clerk's Office that the case had been assigned to this Court. The parties thereafter consulted with each other and the Court about a date and time for entering the plea. Because the Defendant and defense counsel must travel from California, the earliest date they were available for a plea hearing was August 28, 2018. Yet, because this date was the same day by which the Defendant must be indicted, the government advised the

Court of the parties' intention to seek a second extension of the indictment deadline.  Upon learning this, the Court asked the parties to move the plea hearing to either August 31, or September 7, 2018, and the parties selected August 31, 2018.

6. The Speedy Trial Act requires that the defendant be indicted within 30 days of the Defendant's arrest after subtracting all excludable time.  As noted previously, the current indictment deadline is August 28, 2018.  The parties jointly request a one-week extension of the time to indict, and the parties submit that the requested extension would be in the best interests of justice in that it would allow the parties to resolve this case pre-indictment.  The Clerk's Office has advised that this Motion should be filed with this Court, and not Judge Brinkema.

7. The Defendant hereby agrees to waive any objections under the Speedy Trial Act and to extend the government's time to file an indictment in this case through and including September 7, 2018.  The waiver is made knowingly, intentionally, and voluntarily by the Defendant, and with full knowledge of the provisions of the Speedy Trial Act, Title 18, U.S. Code, Sections 3161, *et seq.*, and with the advice and consent of counsel.

8. The Defendant expressly understands that his waiver is not predicated upon any promises, agreements, or understandings of any kind between the government and the defense in this case, and that nothing contained herein shall be construed to preclude the government from proceeding against the Defendant during or after the time period covered by this waiver.

//
//
//
//
//

WHEREFORE, the parties request that the time to indict this case be extended to and including September 7, 2018, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, U.S. Code, Section 3161(h).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      /s/
Alexander P. Berrang
Assistant United States Attorney

<u>Defendant's Signature</u>: I hereby agree that I have consulted with my attorney and fully understand all my rights with respect to a speedy trial, including my right to be charged by indictment within 30 days of arrest, as required by Title 18, U.S. Code, Section 3161(b). I have read this motion for an extension of time to be charged by indictment, and carefully reviewed every part of it with my attorney. I understand this motion and voluntarily agree to it.

Date: 8/16/18

Markara Man
Defendant

<u>Defense Counsel Signature</u>: I am counsel for Defendant Markara Man in this case. I have fully explained to the Defendant his right to be charged by indictment within 30 days of arrest. Specifically, I have reviewed the terms and conditions of Title 18, U.S. Code, Section 3161(b), and I have fully explained to the Defendant the provisions that may apply in this case. To my knowledge, the Defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

Date: 8/16/18

Edward M. Robinson, Esq.
Counsel for the Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing (NEF) to counsel of record for the defense.

                                            /s/
                                      Alexander P. Berrang
                                      Assistant United States Attorney