IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:18-CR-308 |
| v. | |
| MARKARA MAN, | The Honorable T.S. Ellis, III |
| *Defendant.* | |

## ORDER

Upon the motion of the United States, by and through its attorneys, and the defendant, Markara Man, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Second Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the Defendant Markara Man be and is hereby extended up to and including **September 7, 2018**. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Date: 8/20/18
Alexandria, Virginia

T. S. Ellis, III
**United States District Judge**