IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>MARKARA MAN,                              )<br>)<br>*Defendant.*                      )<br>_____) | Criminal no. 1:18-CR-308 |

### ORDER

Defendant, Makara Man, hereby requests that local counsel Evan M. Lisull, pursuant to Local Criminal Rule 57.4(F), be excused from attending the hearing set in this matter for August 31, 2018. Upon the consent of the government's counsel and for good cause stated in the Motion, it is hereby ORDERED that the consented-to Motion is GRANTED.

IT IS SO ORDERED.

Dated: 8/27/18, 2018

T. S. Ellis, III
United States District Judge