UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States ) | Criminal Docket #: 1:18-CR-308 |
| ) | |
| v. ) | |
| ) | |
| MAN, Markara ) | |

## ORDER

The following Condition(s) of Release shall be added:

1) The defendant's GPS unit shall not be removed by the Central District of California, Los Angeles Division, for the purpose of travel to the Eastern District of Virginia or elsewhere, and the defendant must travel in the custody of his third party custodian, Michael Man, during the pendency of case.

All other conditions of release remain in full force and effect.

_/s/_
T. S. Ellis, III
United States District Judge

8/28/18
Date