# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff,*<br>vs.<br><br>MARKARA MAN,<br>　　　　　*Defendant,* | CASE NO.:1:18-CR-308<br><br>[PROPOSED] ORDER<br><br>The Honorable T.S. Ellis, III |

　　　Upon the motion of the defendant, Markara Man, by and through his attorney, it has been established by clear and convincing evidence that Mr. Man is not a flight risk or a danger to the community or to any individual within the meaning of 18 U.S.C. § 3145(c).  As such;

　　　IT IS ORDERED that Mr. Man will remain released subject to the previously imposed terms of release, with this Court's modification.


DATE:_____, 2018


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. ALEXANDRIA VIRGINIA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1