AO 442 (Rev. 11/11) Arrest Warrant

~~UNDER SEAL~~

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MARKARA MAN<br><br>Defendant | )<br>)<br>) Case No. 1:18-MJ-289<br>)<br>) UNDER SEAL<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARKARA MAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Intimidating, Interfering with, or Retaliating Against a Federal Official by Threatening to Murder a Family Member, in violation of 18 U.S.C. § 115(a)(1)(A).

Date: June 29 2018

/s/ JFA
John F. Anderson
~~United States Magistrate Judge~~
*Issuing officer's signature*

City and state: Alexandria, Virginia

The Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 6/20/18, and the person was arrested on (date) 7/16/18
at (city and state) California.

Date: 7/16/18

*Arresting officer's signature*

*Printed name and title*

For CA