IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:18-CR-308 |
| ) | |
| MARKARA MAN, ) | The Honorable T.S. Ellis, III |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a joint Motion to Amend an Order, Dkt. 45, that the Court issued on December 7, 2018. According to the parties, the Bureau of Prisons has requested two revisions to the Order. For good cause shown, the Court FINDS that amending its December 7, 2018 Order is appropriate. Accordingly,

It is hereby **ORDERED** that the U.S. Marshals and/or the Bureau of Prisons shall arrange for Defendant Markara Man to undergo a psychiatric or psychological examination; and it is

**FURTHER ORDERED** that the examination shall be conducted pursuant to 18 U.S.C. §§ 4241 and 4244. The purpose of the former examination is to determine whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent for purposes of sentencing; that is, the extent to which he is unable to understand the nature and consequences of sentencing or to assist properly in his sentencing. The purpose of the latter examination is to determine whether the Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility, and to receive a recommendation from the examiner as to how the mental condition of the Defendant should affect the Court's sentencing decision.

All other provisions of the Order remain in effect.

SO ORDERED.

Date: 1/15/19

Alexandria, Virginia

T. S. Ellis, III
United States District Judge