# SENTENCING MINUTES

| | |
|---|---|
| Date: 05/17/2019 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 9:26 a.m. – 10:11 a.m. ( 00:45 ) |
| | Case Number: 1:18-cr-00308-TSE-1 |

| | |
|---|---|
| UNITED STATES OF AMERICA | Counsel/Govt: Alexander Berrang |
| v. | |
| **MARKARA MAN** | Counsel/Deft: Evan Lisull & Edward Robinson |

Court adopts PSI (  )       without exceptions (  )       with exceptions:

Court overruled defense objections as to the 6-level enhancement.  Court ruled defendant is entitled to Acceptance of Responsibility.  Letter from chairman made part of the PSIR.

**SENTENCING GUIDELINES:**
Offense Level: 26 ➔ 23
Criminal History: I
Imprisonment Range: 63 to 78 months ➔ 46 to 57 months
Supervised Release Range: 1 to 3 years
Fine Range: $25,000 to $250,000
Restitution $To Be Determined
Special Assessment $100

**JUDGMENT OF THE COURT:**
BOP for 20 months with credit for time served
Supervised Release for 3 Years, with special conditions:    ( X ) Yes    (  ) No
( X ) Fine/costs of incarceration waived
Special Assessment $100

**CONDITIONS:**
- Defendant to pay any outstanding balancing towards his location monitoring financial obligation
- Defendant to participate in a substance abuse program
- Defendant to participate in mental health treatment
- Defendant shall not possess or use a computer without probation officer approval
- Defendant shall comply with computer monitoring requirements.

**RECOMMENDATIONS to BOP**:
X       Dft. To be designated to: a facility that can accommodate defendant's need for mental health treatment, administering his medication and monitoring proper food consumption.
_____   Dft. designated to facility to participate in ICC (Boot Camp) type program
_____   Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
_____   Other:_____

Deft: ( X ) Remanded    (  ) Cont'd on Bond to Self-Surrender    (  ) Referred to USPO    (  ) Immediate Deportation