| Prob 22 (VAE Rev. 4/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:18CR308 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Markara Man | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable T. S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/3/2020 — TO 1/2/2023 |

**OFFENSE:**

Intimidating, Interfering With, or Retaliating Against a Federal Official by Threatening a Family Member, in violation of Title 18, Sections 115(a)(1)(A) and 1114

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____7/22/20_____     _____[signature]_____
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **CENTRAL DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____     _____
Effective Date                            United States District Judge