

FILED
CLERK, U.S. DISTRICT COURT
7/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

Prob 22 (VAE Rev. 3/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:18CR308

DOCKET NUMBER (Rec. Court)
2:20-cr-00316-VAP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Markara Man | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable T. S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/3/2020  TO 1/2/2023 |

OFFENSE:

Intimidating, Interfering With, or Retaliating Against a Federal Official by Threatening a Family Member, in violation of Title 18, Sections 115(a)(1)(A) and 1114

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/22/20
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JULY 24, 2020
Effective Date

United States District Judge